No. 93–813. ALCAN ALUMINUM CORP. *v.* FRANCHISE TAX BOARD OF CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 93–1132. REUTERS LTD. *v.* TAX APPEALS TRIBUNAL ET AL. Ct. App. N. Y. Certiorari denied.

No. 93–1401. ABI-GHANEM *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–1450. CEDARS-SINAI MEDICAL CENTER ET AL. *v.* O'LEARY, SECRETARY OF ENERGY. C. A. Fed. Cir. Certiorari denied.

No. 93–1544. NEBRASKA *v.* HUGHES. Sup. Ct. Neb. Certiorari denied.

No. 93–1570. PREFERRED COMMUNICATIONS, INC. *v.* CITY OF LOS ANGELES ET AL.; and
No. 93–1759. CITY OF LOS ANGELES ET AL. *v.* PREFERRED COMMUNICATIONS, INC. C. A. 9th Cir. Certiorari denied.

No. 93–1576. UNITED TEXAS TRANSMISSION CO. *v.* UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1587. LOVELL ET AL. *v.* PEOPLES HERITAGE SAVINGS BANK ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–1591. DELGADO GARCIA ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST CITY, TEXAS-HOUSTON, N. A., ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1599. HENRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–1609. CALVARY BAPTIST CHURCH ET AL. *v.* OKLAHOMA DEPARTMENT OF HUMAN SERVICES ET AL. Ct. App. Okla. Certiorari denied.

No. 93–1621. HARDY *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.